450 A.2d 196

Commonwealth v. Hoar, Appellant.

Petition for Allowance of Appeal
Denied Dec. 6, 1982.

Argued December 1, 1981.   Jeffrey Lynn Snook, for appellant;   William A. Helm, District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and MONTEMURO, JJ.

Judgment of sentence affirmed.